UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

```
                                          FILED
                                         NOV 1 3 2009
                                    CLERK, U.S. DISTRICT COURT
                                  SOUTHERN DISTRICT OF CALIFORNIA
                                                      DEPUTY
```

| UNITED STATES OF AMERICA, | CASE NO. 09CR3716-MMA |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| JOSE TORRO-REYNOSO, | |
| Defendant. | |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__x__    an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___    the Court has dismissed the case for unnecessary delay; or

___    the Court has granted the motion of the Government for dismissal; or

___    the Court has granted the motion of the defendant for a judgment of acquittal; or

___    a jury has been waived, and the Court has found the defendant not guilty; or

___    the jury has returned its verdict, finding the defendant not guilty;

__x__    of the offense(s) of: __21 USC 952 AND 960 - IMPORTATION OF COCAINE__

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 11/13/09

                         WILLIAM McCURINE, JR.
                         UNITED STATES MAGISTRATE JUDGE

                         ENTERED ON _____